AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DEBORAH A. BRODIE,

    Plaintiff,

    v.

NORTHWEST TRUSTEE SERVICES, INC., et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-469-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Motions to Dismiss filed by Defendants Northwest Trustee Services, JPMorgan Chase Bank and U.S. Bank are granted. Judgment is hereby entered in favor of Defendants Northwest Trustee Services, JPMorgan Chase Bank, and US Bank. See Order entered at ECF No. 57.

December 12, 2012                    JAMES R. LARSEN
*Date*                                                  *Clerk*

                                                                  s/ Penny Lamb

                                                                  *(By) Deputy Clerk*